# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHRISTIAN VILLAGRAN                                                                                     PETITIONER
ADC #148442

V.                                         NO. 5:13cv00035 SWW/JTR

RAY HOBBS, Director,                                                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has determined that the record should be expanded to ensure full consideration of this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. *See* Rules 5(c) & 7, Rules Governing § 2254 Cases in United States District Courts.

IT IS THEREFORE ORDERED THAT Respondent is directed to file, on or before September 10, 2014, the transcript of Petitioner's jury trial in Pulaski County Circuit Court, Case No. CR2009-1125.

DATED THIS 27th DAY OF August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE