**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTIAN VILLAGRAN                                                                              PETITIONER
ADC #148442

V.                                           NO. 5:13cv00035 SWW-JTR

RAY HOBBS, Director,                                                                             RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, *Doc. #2*, is DENIED, and this case is DISMISSED with prejudice. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 16th day of December, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE