**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTIAN VILLAGRAN                                                                              PETITIONER
ADC #148442

V.                                            NO. 5:13cv00035 SWW-JTR

RAY HOBBS, Director,                                                                             RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 16th day of December, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE